THE PEOPLE OF THE STATE OF NEW YORK ex rel. ADELINA BARONE, Appellant, *v.* FRANK FOX, as Warden of the Workhouse, Defendant.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent.

*People ex rel. Barone* v. *Fox,* 144 App. Div. 611, reversed.
(Argued June 1, 1911; decided June 16, 1911.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the first judicial department, entered May 16, 1911, which reversed an order of Special Term sustaining a writ of habeas corpus and discharging the relator from custody, dismissed the proceeding and remanded the relator to custody.

The proceeding was brought to determine the constitutionality of section 79 of chapter 659 of the Laws of 1910, providing for a medical examination of prostitutes and their commitment to a public hospital if found to be afflicted with any venereal disease.

*Bertha Rembaugh* for appellant.

*Charles S. Whitman, District Attorney (Robert S. Johnstone* of counsel), for respondent.

Order reversed and relator discharged on dissenting opinion of CLARKE, J., below.

Concur: CULLEN, Ch. J., HAIGHT, WERNER, WILLARD BARTLETT, CHASE and COLLIN, JJ. Dissenting: GRAY, J., on opinion of INGRAHAM, P. J., below.